**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **APOLONIO TECOMATECO VERGARA**, *Petitioner*, v. **MARKWAYNE MULLIN, et al.**, *Respondents.* | **Case No. 2:26-cv-04930-JDW** |

## ORDER

**AND NOW**, this 16th day of July, 2026, upon review of Petitioner Apolonio Tecomateco Vergara's Petition For Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2241 (ECF No. 1) and Respondents' Notice And Response In Opposition To Petition For Writ Of Habeas Corpus (ECF No. 4), and for substantially the same reasons stated in *Kashranov v. J.L. Jamison*, No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison*, No. 2:26-cv-00532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026), it is **ORDERED** as follows:

1. Mr. Tecomateco Vergara's Petition For Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**;

2. Mr. Tecomateco Vergara is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

3.      Respondents shall **RELEASE** Mr. Tecomateco Vergara from custody immediately and **CERTIFY** compliance with my Order by filing on the docket no later than 12:00 p.m. ET on July 20, 2026;

4.      Respondents are temporarily enjoined from re-detaining Mr. Tecomateco Vergara for seven days following his release from custody; and

5.      If the Government chooses to pursue re-detention of Mr. Tecomateco Vergara after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.